JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARCUS R.A. HILL, | Case No. CV 11-3119-JLS (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GARY LEWIS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _March 30, 2015_____

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE